# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

CM/ECF Case No. 3:17-PO-00523-CMK

| United States of America | |
|---|---|
| v. | |
| OVERBY, SHANE P | |
| 123 ALMOND ST | |
| MEDFORD, OR 97504 | |
| Defendant | |

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| CA48 | F4940327 | 08/08/2017 |
| | F4940328 | 08/12/2017 |
| Offense(s) | | Amount Due |
| Unattended Campfire - 36 CFR 261.52(a) | | $3,000.00 |
| Build, maintain, attend illegal campfire 36 CFR 261.52(a) | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 10/10/2017 9:00 a.m.

*Judge's Signature*
HON CRAIG M KELLISON

### Return

| Received | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|

Name: _____   Title: _____   District: _____

Date: _____   Signature: _____

# United States District Court
## Violation Notice

CVB Location Code: **CA48**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F4940327 | D. Potter | 1909 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **8/8/17 1756**
Offense Charged: **36 CFR 261.52(a)**

Place of Offense: **NF 1040 mp 2.5**

Offense Description: **Building, Maintaining a fire during restrictions**

### DEFENDANT INFORMATION
Phone: (541) 551-0077

Last Name: **Overby**
First Name: **Shane**
MI: **P**

Street Address: **123 Almond St**
City: **Medford**
State: **OR**
Zip Code: **97504**
Date of Birth: **6/6/75**

Drivers License No.: **6004182**
D.L. State: **OR**
Social Security No.: **541087435**

☑ Adult ☐ Juvenile   Sex: ☑ M ☐ F   Race: **W**   Hair: **Bro**   Eyes: **Bro**   Height: **5'11**   Weight: **195**

### VEHICLE DESCRIPTION
VIN: (blank)

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ **350** Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ **380** Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: (blank)
Date (mm/dd/yyyy): (blank)
Time (hh:mm): (blank)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *[signed]*

---

Viol. No. **F4940327**   Defendant: **Shane P. OVERBY**

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 8/8/17, while exercising my duties as a law enforcement officer in the judicial District of California, Rogue River-Siskiyou National Forest, I Officer Douglas Potter was patrolling the Star Ranger District. The Rogue River-Siskiyou National Forest is in current severe fire restrictions and absolutely no camp fires are allowed (except in designated camp grounds) pursuant to Forest Order RSF-06-10-00-17-05. As I was traveling south on NF 1040 road near MM 2.5, I observed a WMA tending to a campfire is a dispersed campsite. I then started to pull into the campsite. As I did, the subject, later identified as Shane P. OVERBY, saw me and started to put water on the fire to put it out. I then contacted OVERBY and asked him if he knew of the fire restrictions, OVERBY said he did and that he was very sorry for the fire. I issued OVERBY one citation for "Building, Maintaing an illegal fire". OVERBY was for appologetic for his actions during the contact.

//End of Statement//

The foregoing statement is based upon:
☑ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation is true and correct to the best of my knowledge.

Executed on: **8/8/17**   Officer's Signature: *Douglas Potter*
Date

Probable cause has been stated for issuance of a warrant.

Executed on: _____   _____
Date                                U.S. Magistrate Judge

CVB SCAN AUG 14, 2017 12:35

# United States District Court
## Violation Notice

CVB Location Code: **CA48**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F4940328 | D. Potter | 1909 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 8/12/17 1815 | 36 CFR 261.52(a) |

Place of Offense: NF 1040 MP 2.5

Offense Description: Building, Attending, Maintaining an Illegal Fire

### DEFENDANT INFORMATION
Phone: (541) 551-0777

| Last Name | First Name | M.I. |
|---|---|---|
| Overby | Shane | P |

Street Address: 123 Almond St
City: Medford   State: OR   Zip Code: 97504   Date of Birth: 6/6/75
Drivers License No.: 6084182   D.L. State: OR   Social Security No.: 541087435

Adult ☐ Juvenile   Sex: M   Race: W   Hair: BRO   Eyes: BRO   Height: 5'11"   Weight: 190

### VEHICLE DESCRIPTION

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$350 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT → $380 Total Collateral Due**

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

Viol. No. F4940328   Defendant: Shane P. Overby

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 8/12/17, while exercising my duties as a law enforcement officer in the judicial District of California, Rogue River-Siskiyou National Forest, I Officer Douglas Potter was patrolling the Star Ranger District. The Rogue River-Siskiyou National Forest is in current severe fire restrictions and absolutely no camp fires are allowed (except in designated camp grounds) pursuant to Forest Order RSF-06-10-00-16-20. At approximately 1815 I had USFS Firefighter A.J. Panks stop me to inform me that he had observed an unattended campfire at a dispersed campsite located on NF 1040 MP 2.5. Panks also told me fire crews have seen a fire at this campsite every morning for the past several days. I had previously contacted this camp on 8/7/17 and issued VN#F4940327 to Shane OVERBY for having an illegal fire. I pulled into the camp at 1820 and observed OVERBY smoking a cigarette, I told him to put it out, he did. I then asked him about having a fire. OVERBY denied he had one. I then went over to the fire pit and put my hand over it. I could feel the heat emanating from the fire pit, the heat was intense enough to where my hand could not get closer to the heat source than 12-18 inches. I informed OVERBY of my discovery, OVERBY told me it must've been his cousin. I issued OVERBY one citation for "Building, Maintaining, ATTENDING an illegal fire.
//End of Report//

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation is true and correct to the best of my knowledge.

Executed on: 8/12/17    Douglas Potter
            Date         Officer's Signature

Probable cause has been stated for issuance of a warrant.

Executed on: _____
            Date         U.S. Magistrate Judge

CVB SCAN AUG 18, 2017 10:23